# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Angela Patterson**, | Bankruptcy No. 16-00136 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #84)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on September 6, 2018.

Dated: September 6, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Angela Patterson,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
  **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Richard S Bass**   rbass@corpoffices.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Terri M Long**   tmlong@tmlong.com, Courts@tmlong.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Flagship Credit Acceptance
P.O. Box 3807
Coppell, Tx 75019

**VIA U.S. MAIL**
Quantum3 Group Llc As Agent For
Comenity Bank
Po Box 788
Kirkland, Wa 98083-0788

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, Il 60181

**VIA U.S. MAIL**
Bank Of America, N.A.
P O Box 982284
El Paso, Tx 79998-2238

**VIA U.S. MAIL**
Midland Funding Llc
Po Box 2011
Warren, Mi 48090

**VIA U.S. MAIL**
Cerastes, Llc
C O Weinstein & Riley, Ps
2001 Western Avenue, Ste 400
Seattle, Wa 98121

**VIA U.S. MAIL**
Synchrony Bank
C/O Pra Receivables Management, Llc
Po Box 41021
Norfolk Va 23541

**VIA U.S. MAIL**
Nicor Gas
Po Box 549
Re Bankruptcy Dept
Aurora, Il 60507

**VIA U.S. MAIL**
T Mobile/T-Mobile Usa Inc
By American Infosource Lp As Agent
4515 N Santa Fe Ave
Oklahoma City, Ok 73118

**VIA U.S. MAIL**
Great America Finance Company
20 N. Wacker Dr #2275
Chicago, Il 60606

**VIA U.S. MAIL**
Wells Fargo Bank N.A.,
D/B/A Wells Fargo Dealer Services
Po Box 19657
Irvine Ca 92623-9657

**VIA U.S. MAIL**
Angela Paterson
556 PINEBROOK DRIVE
BOLINGBROOK, IL  60490