# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Angela Patterson | § | Case No. 16-00136 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 200,600.00          Assets Exempt: 34,001.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  36,611.46          Claims Discharged
                                                      Without Payment:  351,843.94

Total Expenses of Administration:  43,246.61

3) Total gross receipts of $ 95,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,141.93  (see **Exhibit 2**), yielded net receipts of $ 79,858.07  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 206,558.00 | $ 163,021.04 | $ 194,687.70 | $ 31,666.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 43,246.61 | 43,246.61 | 43,246.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 136,650.00 | 48,549.74 | 48,549.74 | 4,944.80 |
| **TOTAL DISBURSEMENTS** | $ 344,208.00 | $ 254,817.39 | $ 286,484.05 | $ 79,858.07 |

4)  This case was originally filed under chapteron  01/05/2016 , and it was converted to chapter 7 on  04/14/2017 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2019                    By:/s/Zane L. Zielinski, Trustee
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim Attorney For Debtor: Law Office Of Dwo | 1142-000 | 95,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$95,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Angela Patterson | Exemptions | 8100-002 | 15,141.93 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,141.93** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carrington Mortgage Services, RE Bankruptcy Dept PO Box 3489 Anaheim, CA 92803 | | 12,000.00 | NA | NA | 0.00 |
| | Carrington Mortgage Services, RE Bankruptcy Dept PO Box 3489 Anaheim, CA 92803 | | 194,558.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Auto Dealer Svcs, PO Box 168084 RE Bankruptcy Dept Irving, TX 75016 | | 0.00 | NA | NA | 0.00 |
| 11 | Carrington Mortgage Services, Llc | 4110-000 | NA | 163,021.04 | 163,021.04 | 0.00 |
| | City of Maywood | 4120-000 | NA | 0.00 | 31,666.66 | 31,666.66 |
| TOTAL SECURED CLAIMS | | | $ 206,558.00 | $ 163,021.04 | $ 194,687.70 | $ 31,666.66 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 27.40 | 27.40 | 27.40 |
| Associated Bank | 2600-000 | NA | 27.80 | 27.80 | 27.80 |
| Dworkin & Maciariello | 3210-000 | NA | 38,000.00 | 38,000.00 | 38,000.00 |
| Dworkin & Maciariello | 3220-000 | NA | 191.41 | 191.41 | 191.41 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 43,246.61 | $ 43,246.61 | $ 43,246.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, PO Box 7346 RE Centralized Insolvent Svcs Philadelphia, PA 19101-7346 | | 1,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ability Recovery, One Montage Mountain Rd #A RE: A Capella University Moosic, PA 18507 | | 4,363.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ascension Recovery Services, RE: Bankruptcy Dept 200 Coon Rapids Blvd #200 Coon Rapids, MN 55433-5876 | | 0.00 | NA | NA | 0.00 |
| | Bank of America, Attn: Bankruptcy Dept PO BOX 982235 El Paso, TX 79998-2235 | | 631.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, 125 S. West St. RE: Bankruptcy Dept Wilmington, DE 19801 | | 1,755.00 | NA | NA | 0.00 |
| | Capital One, PO Box 3281` RE Bankruptcy Dept Salt Lake City, UT 84130-0281 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank.Victoria Secret, PO Box 182125 RE: Bankruptcy Dept Columbus, OH 43218-2125 | | 252.00 | NA | NA | 0.00 |
| | Comenity Bank/Carsons, PO Box 182125 RE Bankruptcy Dept Columbus, OH 43218-2125 | | 236.00 | NA | NA | 0.00 |
| | Credit Control LLC, RE: Bank of America PO Box 546 Hazelwood, MO 63042-0546 | | 785.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank, Attn: Bankruptcy Dept PO BOX 98873 Las Vegas, NV 89193 | | 778.00 | NA | NA | 0.00 |
| | Illinois American Water, RE Collection-Banbkrupt Dpt PO Box 21039 Tulsa, OK 74121-1039 | | 250.00 | NA | NA | 0.00 |
| | Loyola Univ Health System, 2160 S. First Ave RE Patient Accounts Maywood, IL 60153 | | 274.00 | NA | NA | 0.00 |
| | Medicredit Corp, 3 City Place Dr #690 RE Loyola Univ Health Svc Saint Louis, MO 63141-7089 | | 0.00 | NA | NA | 0.00 |
| | Navient Student Loan Svcs, PO Box 9500 RE Bankruptcy Dept Wilkes Barre, PA 18773-9500 | | 14,195.00 | NA | NA | 0.00 |
| | Navient Student Loan Svcs, PO Box 9635 RE Bankruptcy Dept Wilkes Barre, PA 18773-9635 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nelnet Loan Services, 3015 S. Parker Rd #400 RE Bankruptcy Dept Denver, CO 80201-1649 | | 0.00 | NA | NA | 0.00 |
| | Nelnet Loan Services, PO Box 53318 RE Bankruptcy Dept Jacksonville, FL 32201-3318 | | 1,127.00 | NA | NA | 0.00 |
| | NICOR Gas, Attn: Bankruptcy Dept 1844 Ferry Road Naperville, IL 60563-9662 | | 400.00 | NA | NA | 0.00 |
| | Nicor Gas, PO Box 549 RE Bankruptcy Dept Aurora, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | Synchrony. TJ Maxx, PO Box 965061 RE Bankruptcy Dept Orlando, FL 32896-5061 | | 170.00 | NA | NA | 0.00 |
| | Synchrony.JC Penney, PO Box 965061 RE Bankruptcy Dept Orlando, FL 32896-5061 | | 465.00 | NA | NA | 0.00 |
| | U.S. Dept Education, PO Box 5609 RE Bankruptcy Dept Greenville, TX 75403-5609 | | 75,000.00 | NA | NA | 0.00 |
| 8 | Bank Of America, N.A. | 7100-000 | 631.00 | 785.22 | 785.22 | 79.97 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 800.00 | 979.01 | 979.01 | 99.71 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 1,100.00 | 1,038.25 | 1,038.25 | 105.75 |
| 12 | Cerastes, Llc | 7100-000 | 1,755.00 | 2,024.57 | 2,024.57 | 206.20 |
| 5 | Commonwealth Edison Company | 7100-000 | 400.00 | 165.03 | 165.03 | 16.81 |
| 1 | Flagship Credit Acceptance | 7100-000 | NA | 22,148.78 | 22,148.78 | 2,255.86 |
| 6 | Great America Finance Company | 7100-000 | 1,133.00 | 1,110.05 | 1,110.05 | 113.06 |
| 10 | Midland Funding Llc | 7100-000 | NA | 219.82 | 219.82 | 22.39 |
| 9 | Midland Funding Llc | 7100-000 | 1,100.00 | 1,015.20 | 1,015.20 | 103.40 |
| 14 | Nicor Gas | 7100-000 | 400.00 | 398.47 | 398.47 | 40.58 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 385.00 | 532.50 | 532.50 | 54.24 |
| 13 | Synchrony Bank | 7100-000 | 465.00 | 558.58 | 558.58 | 56.89 |
| 15 | T Mobile/T-Mobile Usa Inc | 7100-000 | NA | 164.32 | 164.32 | 16.73 |
| 7 | Wells Fargo Bank N.A., | 7100-000 | 27,800.00 | 17,409.94 | 17,409.94 | 1,773.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 136,650.00 | $ 48,549.74 | $ 48,549.74 | $ 4,944.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-00136 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Angela Patterson | | | | Date Filed (f) or Converted (c): | 04/14/2017 (c) |
| | | | | | 341(a) Meeting Date: | 05/18/2017 |
| For Period Ending: | 01/09/2019 | | | | Claims Bar Date: | 10/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  556 Pinebrook Dr Bolingbrook Il. Bolingbrook Il 60490-0000 | 203,000.00 | 203,000.00 | | 0.00 | FA |
| 2.  2007 Mercedes Benz Gl450 Mileage: 90000 | 15,000.00 | 0.00 | | 0.00 | FA |
| 3.  Misc Used Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4.  Misc Used Personal Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5.  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7.  Employer Pension Retirement Account | Unknown | 0.00 | | 0.00 | FA |
| 8.  Employer Policy | 1.00 | 0.00 | | 0.00 | FA |
| 9.  Personal Injury Claim Attorney For Debtor: Law Office Of Dwo | Unknown | 0.00 | | 95,000.00 | 0.00 |
| 10.  Worker Compensation Claim (Attorney For Debtor Law Office Of | Unknown | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $219,601.00 | $203,000.00 | | $95,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved..

RE PROP #        9    --    The policy limits on the insurance are $50,000.

RE PROP #        10    --    This asset is fully exempt, as the Debtor was injured while working.

Initial Projected Date of Final Report (TFR):                    Current Projected Date of Final Report (TFR):

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-00136 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Angela Patterson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2435 |
| | Checking |
| Taxpayer ID No: XX-XXX4478 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/18 | | Dworkin & Maciariello<br>134 N. LaSalle; Suite 650<br>Chicago, IL 60602 | Settlement Funds | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts               $95,000.00 | | | | |
| | | Dworkin & Maciariello | legal fees                     ($38,000.00) | 3210-000 | | | |
| | | Dworkin & Maciariello | Legal Expenses               ($191.41) | 3220-000 | | | |
| | | City of Maywood | Lien                           ($31,666.66) | 4210-000 | | | |
| | | Angela Patterson | exemption                   ($15,141.93) | 8100-002 | | | |
| | 9 | | Personal Injury Claim Attorney    $95,000.00<br>For Debtor: Law Office of Dwo | 1142-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $12.95 | $9,987.05 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $14.85 | $9,972.20 |
| 10/05/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $5,027.40 | $4,944.80 |
| | | Trustee Zane L. Zielinski | Final distribution representing a    ($5,000.00)<br>payment of 100.00 % per court<br>order. | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a    ($27.40)<br>payment of 100.00 % per court<br>order. | 2200-000 | | | |
| 10/05/18 | 5002 | Flagship Credit Acceptance<br>P.O. Box 3807<br>Coppell, Tx 75019 | Final distribution to claim 1<br>representing a payment of<br>10.19 % per court order. | 7100-000 | | $2,255.86 | $2,688.94 |

| | | | | | Page Subtotals: | $10,000.00 | $7,311.06 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-00136 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Angela Patterson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2435 |
| | Checking |
| Taxpayer ID No: XX-XXX4478 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/18 | 5003 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 10.19 % per court order. | | 7100-000 | | $54.24 | $2,634.70 |
| 10/05/18 | 5004 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | | $205.46 | $2,429.24 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 3 representing a payment of 10.18 % per court order. | ($99.71) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 10.19 % per court order. | ($105.75) | 7100-000 | | | |
| 10/05/18 | 5005 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, Il 60181 | Final distribution to claim 5 representing a payment of 10.19 % per court order. | | 7100-000 | | $16.81 | $2,412.43 |
| 10/05/18 | 5006 | Great America Finance Company<br>20 N. Wacker Dr #2275<br>Chicago, Il 60606 | Final distribution to claim 6 representing a payment of 10.19 % per court order. | | 7100-000 | | $113.06 | $2,299.37 |
| 10/05/18 | 5007 | Wells Fargo Bank N.A.,<br>D/B/A Wells Fargo Dealer Services<br>Po Box 19657<br>Irvine Ca 92623-9657 | Final distribution to claim 7 representing a payment of 10.19 % per court order. | | 7100-000 | | $1,773.21 | $526.16 |
| 10/05/18 | 5008 | Bank Of America, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Final distribution to claim 8 representing a payment of 10.18 % per court order. | | 7100-000 | | $79.97 | $446.19 |
| 10/05/18 | 5009 | Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Distribution | | | | $125.79 | $320.40 |
| | | Midland Funding Llc | Final distribution to claim 9 representing a payment of 10.19 % per court order. | ($103.40) | 7100-000 | | | |
| | | Midland Funding Llc | Final distribution to claim 10 representing a payment of 10.19 % per court order. | ($22.39) | 7100-000 | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $0.00 | $2,368.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Case 16-00136    Doc 87    Filed 03/18/19    Entered 03/18/19 11:14:14    Desc Main
Document    Page 14 of 15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-00136 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Angela Patterson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2435 |
| | Checking |
| Taxpayer ID No: XX-XXX4478 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/18 | 5010 | Cerastes, Llc<br>C O Weinstein & Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 12 representing a payment of 10.18 % per court order. | 7100-000 | | $206.20 | $114.20 |
| 10/05/18 | 5011 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 13 representing a payment of 10.18 % per court order. | 7100-000 | | $56.89 | $57.31 |
| 10/05/18 | 5012 | Nicor Gas<br>Po Box 549<br>Re Bankruptcy Dept<br>Aurora, Il 60507 | Final distribution to claim 14 representing a payment of 10.18 % per court order. | 7100-000 | | $40.58 | $16.73 |
| 10/05/18 | 5013 | T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 15 representing a payment of 10.19 % per court order. | 7100-000 | | $16.73 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:                $0.00          $320.40

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2435 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $85,000.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $95,000.00 |